Francisco **MARTE**, Plaintiff–Appellant,

v.

State of **MARYLAND**; Nancy Kopp, Honorable, Treasurer of the State of Maryland; Douglas F. Gansler, Attorney General of Maryland; Gary D. Maynard, Secretary, Department of Public Safety and Correctional Services; J. Michael Stouffer, Commissioner Division of Correction, Department of Public Safety and Correctional Services; William Blackiston, Warden, Division of Correction, Eastern Pre–Release Unit; Scott Oakley, Esq., Executive Director, Inmate Grievance Office; XYZ, or "John Doe" Corp., Defendants–Appellees.

No. 10–6671.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 10, 2010.

Decided: Dec. 30, 2010.

Francisco Marte, Appellant Pro Se. Rex Schultz Gordon, Office of the Attorney

General of Maryland, Baltimore, Maryland, for Appellees.

Before NIEMEYER, KING, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Francisco Marte appeals the district court's order granting summary judgment to the Defendants and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Marte v. State of Maryland,* No. 1:08–cv–03309–WMN, 2010 WL 1427411 (D.Md. Apr. 8, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*